# EXHIBIT A



# IN THE SUPREME COURT OF ALABAMA

July 30, 2025

1961321

Ex parte Anthony Boyd PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Anthony Boyd v. State of Alabama) (Talladega Circuit Court: CC-94-258; Criminal Appeals: CR-94-1523).

## ORDER

On June 11, 2025, the State of Alabama filed a motion requesting that this Court, pursuant to Rule 8(d)(1), Ala. R. App. P., enter an order authorizing the Commissioner of the Department of Corrections to carry out Anthony Boyd's sentence of death within a time frame set by the Governor. Upon due consideration of such motion,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Commissioner of the Department of Corrections is authorized to carry out Anthony Boyd's sentence of death within a time frame set by the Governor of the State of Alabama.

IT IS FURTHER ORDERED that the Governor shall set a time frame, which shall not begin less than 30 days from the date of this Order, within which the Commissioner of the Department of Corrections shall carry out Anthony Boyd's sentence of death.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit forthwith a certified copy of this Order electronically or by mailing a copy thereof by United States mail, postage prepaid, to the following:

- the attorneys of record for Anthony Boyd;
- the Governor of Alabama;
- the Attorney General of Alabama;



# IN THE SUPREME COURT OF ALABAMA

## July 30, 2025

- the Commissioner of the Department of Corrections;
- the Clerk of the Alabama Court of Criminal Appeals; and
- the Clerk of the Talladega Circuit Court.

This Order authorizing the Commissioner to carry out Anthony Boyd's sentence of death constitutes the execution warrant for Anthony Boyd.

**Stewart, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, Cook, McCool, and Lewis, JJ., concur.**

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify the foregoing is a full, true, and correct copy of the judgment and order of the Supreme Court of Alabama regarding Anthony Boyd as the same appears of record in this Court.

**Witness my hand and seal this 30th day of July, 2025.**

_Megan B. Rhodebeck_
Megan B. Rhodebeck
CLERK OF COURT
SUPREME COURT OF ALABAMA

