IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

Anthony Boyd
_____,     )
                                     )
         Plaintiff,                  )
                                     )
v.                                   )     CASE NO. <u>2:25-cv-764-ECM</u>
                                     )
Kay Ivey, and Steve Marshall         )
_____,     )
                                     )
         Defendants,                 )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Kay Ivey, and Steve Marshall</u>, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☑   This party is a governmental entity, or

☐   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                          <u>Relationship to Party</u>

N/A_____        _____

_____        _____

_____        _____

_____        _____

_____                            s/ Lauren A. Simpson
        Date                                   _____
                                               (Signature)
                                               Lauren A. Simpson
                                               _____
                                               (Counsel's Name)
                                               Kay Ivey and Steve Marshall
                                               _____
                                               Counsel for (print names of all parties)
                                               501 Washington Ave Montgomery, Al 36103
                                               _____
                                               Address, City, State Zip Code
                                               334-353-1209
                                               _____
                                               Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN                     DIVISION

## CERTIFICATE OF SERVICE

I, Lauren A. Simpson                          , do hereby Certify that a true and correct copy
of the foregoing has been furnished by U.S. Mail                          (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 30th    day of September          20 25, to:

Anthony Boyd Z578

Holman Correctional Facility 866 Ross Road Atmore Al 36130

9/30/2025                              s/ Lauren A. Simpson
         Date                                    Signature