IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY BOYD, AIS #Z-578, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:25-cv-764-ECM ) |
| KAY IVEY, Governor of Alabama, in her official capacity, | ) ) ) ) |
|     Defendant. | ) ) |

**O R D E R**

On October 9, 2025, this Court entered a Memorandum Opinion and Order denying Plaintiff Anthony Boyd's ("Boyd") motion for preliminary injunction or stay of execution. (Doc. 11). On October 10, 2025, Boyd filed a notice of appeal to the United States Court of Appeals for the Eleventh Circuit. (Doc. 12). Before the Court are Boyd's emergency motion for stay of execution pending appeal (doc. 16) and jurisdictional statement (doc. 17). In his motion, Boyd also requests an expedited briefing schedule. (Doc. 16 at 6). It appears to the Court that Boyd may have intended to file the motion and jurisdictional statement in the Eleventh Circuit and not in this Court. To the extent Boyd intended to file the motion in this Court, the motion for stay of execution is due to be denied for the same reasons the Court previously denied Boyd's motion for preliminary injunction or stay of execution. (*See* doc. 11). Moreover, this Court lacks the authority to order expedited briefing for his appeal; such request should be addressed to the Eleventh Circuit.

Accordingly, it is

ORDERED that Boyd's emergency motion for stay of execution pending appeal (doc. 16) is DENIED.

The Clerk of the Court is DIRECTED to transmit copies of this Order, Boyd's emergency motion for stay of execution pending appeal (doc. 16), and Boyd's jurisdictional statement (doc. 17) to the Eleventh Circuit.

DONE this 14th day of October, 2025.

                                      /s/ Emily C. Marks
                                EMILY C. MARKS
                                CHIEF UNITED STATES DISTRICT JUDGE